UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 23-386 (RBW) |
| TRICIA LACOUNT | : |

## JOINT MOTION TO SET PLEA HEARING

Come now the parties, defendant Tricia LaCount through her counsel, and the United States through its counsel, and jointly move to set a plea hearing for July 3, 2024, at 9:00 a.m.

Defendant needs to sign a waiver of trial by jury form and submit it to the Court ahead of the plea but she is not presently in a location where she has access to a printer. She will have access to a printer again on Monday, and her counsel will email her the form over the weekend so she can sign it and return it to him. He will then submit it to the Court, along with a signed consent to proceed remotely, as this Court requested.

The parties conferred with this Court's Courtroom Deputy and have cleared a new date of Wednesday, July 3, 2024, at 9:00 a.m. for a plea hearing.

WHEREFORE, for the foregoing reasons, as well as for any other reasons that may appear to this Court, the parties ask this Court to vacate the hearing set for Friday, June 28, 2024, set the plea hearing for Wednesday, July 3, 2024, and provide any other relief this Court deems proper.

                Respectfully submitted,

                /s/

                Stephen F. Brennwald, Esq.
                Bar No. 398319
                Brennwald & Robertson, LLP
                922 Pennsylvania Avenue, S.E.
                Washington, D.C.  20003
                (301) 928-7727
                (202) 544-7626 (facsimile)
                E-mail:  sfbrennwald@cs.com


                /s/


                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar No. 481 052

By:     <u>s/ *Sarah W. Rocha*</u>
           SARAH W. ROCHA
           Trial Attorney
           D.C. Bar No. 977497
           601 D Street, NW
           Washington, DC 20579
           Telephone:  202-330-1735
           sarah.wilsonrocha@usdoj.gov