UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 23-386 (RBW) |
| TRICIA LACOUNT | : |

## **MOTION TO CONTINUE SENTENCING**

COMES NOW defendant, Tricia LaCount, through undersigned counsel, Stephen F. Brennwald, and in support of her Motion to Continue Sentencing, states as follows:

Defendant is scheduled to be sentenced by this Court on Thursday, October 24, 2024, at 10:00 a.m.

Within the past day, undersigned counsel was informed by Ms. LaCount that counsel never forwarded her her presentence report until Monday, October 14, at 4:14 p.m.

Thus, she has only had a couple of days to review it, and she indicated to counsel that she has quite a few issues/objections she would like to discuss.

Normally, a defendant has a much longer time period to object to an initial presentence report, and any objections are then incorporated or at least referenced in a final presentence report.  That has not happened here, through no fault of Ms. LaCount's.

Undersigned thought he had sent her the initial presentence report, but he obviously never did.

Because of the importance of this case to Ms. LaCount, it is imperative that she have the right to note any objections and/or make any comments regarding the report.

In addition, Ms. LaCount is awaiting medical documentation concerning some conditions from which she suffers that should be considered in connection with her sentencing.

Pushing the sentencing date out about three more weeks from the October 24, 2024, date would, therefore, allow Ms. LaCount to obtain her medical records as well as adequately discuss any objections she has to the presentence report.

Ms. LaCount is not seeking this delay for any reason other than to ensure that she is adequately prepared for sentencing and that the Court has the benefit of her input as to various items in the presentence report.

The government does not consent to this extension, believing that the foregoing can be accomplished ahead of next Thursday's scheduled sentencing date.

If the Court grants this motion, it appears that the Court is available for a sentencing hearing on either November 13, 2024, at 11:00 a.m. or 2 p.m. or November 14, 2024, at 11:00 a.m. or 2 p.m.

Undersigned counsel is available on any of those dates and times.  The government has not yet indicated whether those specific days and times work, but undersigned counsel believes that he recalls the government informing him that it was available during the week of November 11, 2024.

WHEREFORE, for the foregoing reasons, as well as for any other reasons that may appear to this Court, defendant prays for the foregoing relief, and for any other relief this Court may deem just and proper.

Respectfully submitted,

/s/

_____
Stephen F. Brennwald
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
sfbrennwald@cs.com


CERTFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent, by ECF, this 17th day of October, 2024, to all parties of record in this case.


/s/

Stephen F. Brennwald