UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 23-386 (RBW) |
| TRICIA LACOUNT | : |

## MOTION TO CONTINUE SENTENCING

COMES NOW defendant, Tricia LaCount, through undersigned counsel, Stephen F. Brennwald, and in support of her Motion to Continue Sentencing, states as follows:

Defendant is scheduled to be sentenced by this Court on Wednesday, November 13, 2024.

As this Court is aware, the recent election resulted in the return of the former president to the presidency.

The former president promised that he would dismiss cases involving the events that occurred on January 6, 2021, and/or pardon those involved.

Proceeding with the hearing tomorrow would result in a waste of resources. It would needlessly take the time of the Court, government counsel, defense counsel, and court staff.

Moreover, proceeding to sentencing rather than continuing the sentencing would result in a final conviction for Ms. LaCount. This would mean that rather than eventually having her case dismissed, she would now have to submit a pardon application – something that would be expensive and time-consuming.

There is no purpose defendant can discern in going forward tomorrow rather than pushing the hearing back several months, until the new administration can dispose of these cases as it has said it will.[1]

The government opposes this motion.

WHEREFORE, for the foregoing reasons, as well as for any other reasons that may appear to this Court, defendant prays that sentencing in this matter be delayed for 120 days, and for any other relief this Court may deem just and proper.

                                              Respectfully submitted,

                                              /s/

                                              _____
Stephen F. Brennwald
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
sfbrennwald@cs.com

CERTFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent, by ECF, this 12th day of November, 2024, to all parties of record in this case.

                                              /s/

                                              Stephen F. Brennwald

---

[1] The only possible purpose, which would seem to be spiteful, would be to exact as much suffering and retribution on a defendant as possible until the day that that defendant's case is eventually dismissed by the new administration.