UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TRICIA MONIQUE LACOUNT, )<br>)<br>Defendant. )<br>) | Criminal Action No. 23-386 (RBW) |

## ORDER

On November 12, 2024, the defendant requested that the Court continue her sentencing, currently scheduled for November 13, 2024, see Motion to Continue Sentencing ("Def.'s Mot.") at 1, ECF No. 53, which the government opposes, see id. Specifically, the defendant seeks a 120-day continuance in light of the recent Presidential election and the incoming administrations promise to "dismiss cases involving the events that occurred on January 6, 2021, and/or pardon those involved." Id.

However, as the Court has noted in other cases, "the potential future exercise of the discretionary pardon power, an Executive Branch authority, is irrelevant to the Court's obligation to carry out the legal responsibilities of the Judicial Branch." See, e.g., Minute Order (Nov. 7, 2024), United States v. Lichnowski, No. 23-cr-341 (RBW). Therefore, the Court concludes— consistent with the position taken by other members of this Court, see, e.g., Minute Order (Nov. 6, 2024), United States v. Carnell, et al., No. 23-cr-139 (BAH); Minute Order (Nov. 7, 2024), United States v. Bosch, No. 24-cr-210 (DLF)—that the defendant's motion must be denied. Accordingly, it is hereby

**ORDERED** that the defendant's Motion to Continue Sentencing, ECF No. 53, is **DENIED**.

**SO ORDERED** this 12th day of November, 2024.

*/s/ Reggie B. Walton*
REGGIE B. WALTON
United States District Judge